# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **Cencast Services, L.P., et al.,** | ) | |
| Plaintiffs, | ) | Nos. 02-1916 T, 02-1917 T, 02-1918 T, 02-1919 T, 02-1920 T, 02-1921 T, 02-1922 T, 02-1923 T, 02-1924 T, 02-1925 T[1] |
| v. | ) | |
| | ) | Judge George W. Miller |
| **The United States,** | ) | |
| Defendant. | ) | |

## REPLY

Plaintiff, EP Talent Services, L.P., by its undersigned attorneys, in reply to the Counterclaim filed in Fed. Cl. No. 02-1923 T, admits, denies and alleges as follows:

## COUNTERCLAIM

352. Plaintiff avers that it currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 352 of the Counterclaim.

## COUNT ONE

353. Plaintiff admits the allegations of paragraph 353 of the Counterclaim.

354. Plaintiff admits the allegations of paragraph 354 of the Counterclaim.

355. Plaintiff denies the allegations of paragraph 355 of the Counterclaim.

[1] Proceedings in these related cases were consolidated by Order dated January 7, 2003.

**COUNT TWO**

356. Plaintiff admits the allegations of paragraph 356 of the Counterclaim.

357. Plaintiff admits the allegations of paragraph 357 of the Counterclaim.

358. Plaintiff denies the allegations of paragraph 358 of the Counterclaim.

**COUNT THREE**

359. Plaintiff admits the allegations of paragraph 359 of the Counterclaim.

360. Plaintiff admits the allegations of paragraph 360 of the Counterclaim.

361. Plaintiff denies the allegations of paragraph 361 of the Counterclaim.

**COUNT FOUR**

362. Plaintiff admits the allegations of paragraph 362 of the Counterclaim.

363. Plaintiff admits the allegations of paragraph 363 of the Counterclaim.

364. Plaintiff denies the allegations of paragraph 364 of the Counterclaim.

**COUNT FIVE**

365. Plaintiff admits the allegations of paragraph 365 of the Counterclaim.

366. Plaintiff admits the allegations of paragraph 366 of the Counterclaim.

367. Plaintiff denies the allegations of paragraph 367 of the Counterclaim.

**COUNT SIX**

368. Plaintiff admits the allegations of paragraph 368 of the Counterclaim.

369. Plaintiff admits the allegations of paragraph 369 of the Counterclaim.

370. Plaintiff denies the allegations of paragraph 370 of the Counterclaim.

**COUNT SEVEN**

371. Plaintiff admits the allegations of paragraph 371 of the Counterclaim.

372. Plaintiff admits the allegations of paragraph 372 of the Counterclaim.

373. Plaintiff denies the allegations of paragraph 373 of the Counterclaim.

**COUNT EIGHT**

374. Plaintiff admits the allegations of paragraph 374 of the Counterclaim.

375. Plaintiff admits the allegations of paragraph 375 of the Counterclaim.

376. Plaintiff denies the allegations of paragraph 376 of the Counterclaim.

**COUNT NINE**

377. Plaintiff admits the allegations of paragraph 377 of the Counterclaim.

378. Plaintiff admits the allegations of paragraph 378 of the Counterclaim.

379. Plaintiff denies the allegations of paragraph 379 of the Counterclaim.

**COUNT TEN**

380. Plaintiff admits the allegations of paragraph 380 of the Counterclaim.

381. Plaintiff admits the allegations of paragraph 381 of the Counterclaim.

382. Plaintiff denies the allegations of paragraph 382 of the Counterclaim.

**COUNT ELEVEN**

383. Plaintiff admits the allegations of paragraph 383 of the Counterclaim.

384. Plaintiff admits the allegations of paragraph 384 of the Counterclaim.

385. Plaintiff denies the allegations of paragraph 385 of the Counterclaim.

**COUNT TWELVE**

386. Plaintiff admits the allegations of paragraph 386 of the Counterclaim.

387. Plaintiff admits the allegations of paragraph 387 of the Counterclaim.

388. Plaintiff denies the allegations of paragraph 388 of the Counterclaim.

**COUNT THIRTEEN**

389. Plaintiff admits the allegations of paragraph 389 of the Counterclaim.

390. Plaintiff admits the allegations of paragraph 390 of the Counterclaim.

391. Plaintiff denies the allegations of paragraph 391 of the Counterclaim.

**COUNT FOURTEEN**

392. Plaintiff admits the allegations of paragraph 392 of the Counterclaim.

393. Plaintiff admits the allegations of paragraph 393 of the Counterclaim.

394. Plaintiff denies the allegations of paragraph 394 of the Counterclaim.

**COUNT FIFTEEN**

395. Plaintiff admits the allegations of paragraph 395 of the Counterclaim.

396. Plaintiff admits the allegations of paragraph 396 of the Counterclaim.

397. Plaintiff denies the allegations of paragraph 397 of the Counterclaim.

**COUNT SIXTEEN**

398. Plaintiff admits the allegations of paragraph 398 of the Counterclaim.

399. Plaintiff admits the allegations of paragraph 399 of the Counterclaim.

400. Plaintiff denies the allegations of paragraph 400 of the Counterclaim.

**COUNT SEVENTEEN**

401. Plaintiff admits the allegations of paragraph 401 of the Counterclaim.

402. Plaintiff admits the allegations of paragraph 402 of the Counterclaim.

403. Plaintiff denies the allegations of paragraph 403 of the Counterclaim.

**COUNT EIGHTEEN**

404. Plaintiff admits the allegations of paragraph 404 of the Counterclaim.

405. Plaintiff admits the allegations of paragraph 405 of the Counterclaim that the IRS assessed against Plaintiff interest in the amount of $390,869.69, failure to deposit penalties in the amount of $69,777.63 and accuracy-related penalties in the amount of

$139,555.25 and avers that it currently lacks knowledge or information sufficient to form a belief as to the truth of the allegation of paragraph 405 that the IRS assessed against Plaintiff failure to pay penalties in the amount of $11,249.01.

406. Plaintiff denies the allegations of paragraph 406 of the Counterclaim.

**COUNT NINETEEN**

407. Plaintiff admits the allegations of paragraph 407 of the Counterclaim.

408. Plaintiff admits the allegations of paragraph 408 of the Counterclaim.

409. Plaintiff denies the allegations of paragraph 409 of the Counterclaim.

**COUNT TWENTY**

410. Plaintiff admits the allegations of paragraph 410 of the Counterclaim.

411. Plaintiff admits the allegations of paragraph 411 of the Counterclaim.

412. Plaintiff denies the allegations of paragraph 412 of the Counterclaim.

**COUNT TWENTY-ONE**

413. Plaintiff admits the allegations of paragraph 413 of the Counterclaim.

414. Plaintiff admits the allegations of paragraph 414 of the Counterclaim.

415. Plaintiff denies the allegations of paragraph 415 of the Counterclaim.

**COUNT TWENTY-TWO**

416. Plaintiff admits the allegations of paragraph 416 of the Counterclaim.

417. Plaintiff admits the allegations of paragraph 417 of the Counterclaim.

418. Plaintiff denies the allegations of paragraph 418 of the Counterclaim.

**COUNT TWENTY-THREE**

419. Plaintiff admits the allegations of paragraph 419 of the Counterclaim.

420. Plaintiff admits the allegations of paragraph 420 of the Counterclaim.

421. Plaintiff denies the allegations of paragraph 421 of the Counterclaim.

The remainder of the Counterclaim consists of a prayer for relief as to which no responsive pleading is required; to the extent a responsive pleading may be deemed required, Plaintiff denies the remainder of the Counterclaim.

Plaintiff denies each and every allegation of the Counterclaim not expressly admitted above.

Respectfully submitted,

April 6, 2007

s/ Kent Yalowitz

Kent Yalowitz
Counsel of Record
Arnold & Porter
399 Park Avenue
New York, NY 10022
phone - (212) 715-1113
facsimile - (212) 715-1399

James Joseph
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004
phone - (202) 942-5355
facsimile - (202) 942-5999

Stuart E. Seigel
Of Counsel
1095 Park Avenue
New York, NY 10128
phone - (212) 427-3404
facsimile - (212) 427-3604